UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -7 P 1:48

THOMAS MCNIFF,
    Plaintiff

v.

TOWN OF DRACUT,
    Defendant

05 10238 WGY

C.A. No.

## NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
ONE COURTHOUSE WAY
BOSTON, MA 02110

Please enter my appearance as counsel of record for the defendant, Town of Dracut.

Respectfully submitted,

The Defendant,
TOWN OF DRACUT,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Cloherty III, BBO#566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail/by hand.

_____
Date