UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS    FILED
                                       IN ... OFFICE

|  |  |
|---|---|
| | ) |
| THOMAS MCNIFF, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF DRACUT, | ) |
| Defendant | ) |
| | ) |

2005 FEB 29  P 1: 19

C.A. No. 05CV10238 WGY

**CERTIFICATE OF CLIENT CONSULTATION**
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendant, TOWN OF DRACUT, hereby certifies that he has

conferred with the Defendant or the Defendant's authorized representative regarding:    (1)

establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of

litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
The Defendant,
TOWN OF DRACUT,
By its Attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

_____
John J. Cloherty III, BBO # 566522
Ten Winthrop Square
Boston, MA  02110
(617) 350-0950

_____
Dennis Piendak, Town Manager
Town of Dracut

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney
of record for each (other) party by mail
(by hand) on _____.

_____