UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS MCNIFF,<br>    Plaintiff<br><br>v.<br><br>TOWN OF DRACUT,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05CV10238 WGY<br>)<br>)<br>)<br>) |

## CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendant, TOWN OF DRACUT, hereby certifies that he has conferred with the Defendant or the Defendant's authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                    Respectfully Submitted,
                    The Defendant,
                    TOWN OF DRACUT,
                    By its Attorneys,

                    **PIERCE, DAVIS & PERRITANO, LLP**

                    _____
                    John J. Cloherty, III, BBO # 566522
                    Ten Winthrop Square
                    Boston, MA 02110
                    (617) 350-0950

_____
Peter Roxo, Claims Counsel
Metrogard

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (or hand) on _____.