SCANNED
DATE: 3/4/05
BY: M.P.

UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR -3 P 2:58
U.S. DISTRICT COURT
DISTRICT OF MASS

THOMAS MCNIFF,
    Plaintiff
v.

TOWN OF DRACUT
    Defendant

C.A. No. 05CV10238 WGY

### CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Plaintiff, Thomas McNiff, hereby certifies that he has conferred with the Plaintiff or the Plaintiff's authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
The Plaintiff,
THOMAS MCNIFF,
By his Attorney,

Richard J. Ahern
Attorney At Law
BBO # 556537
200 Central Street
Lowell, MA 01852
978-970-2989

## Certificate of Service

FILED
IN CLERKS OFFICE

2005 MAR -3  P 2: 58

I certify that the attached Certificates of Client Consultation was mailed via U.S. Postal Service on this date to:

U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk of Court
United States District Court
One Courthouse Way
Boston, MA 02210

*Cheryl Finneral* (signature)

Cheryl Finneral
March 1, 2005