# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**THOMAS McNIFF**
    **Plaintiff,**

    **v.**                                                                                           **CIVIL ACTION NO.**
                                                                                                          **05-10238-RBC**

**TOWN OF DRACUT,**
    **Defendant.**

## *NOTICE OF CONFERENCE*

Please take notice that a **SCHEDULING CONFERENCE** in the above-styled case is scheduled for **Thursday, March 24, 2005 at 11:30 A.M.** in Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                                   **ROBERT B. COLLINGS**
                                                   **United States Magistrate Judge**

                                                   *Kathleen M. Dolan*
                                                   **Deputy Clerk**
                                                   **(617) 748-9229**

March 14, 2005.

Notice Sent to:
Richard J. Ahern, Esquire
John J. Cloherty, III, Esquire