# United States District Court
# District of Massachusetts

THOMAS McNIFF,
    Plaintiff,

v.   CIVIL ACTION NO. 05-10238-RBC

TOWN OF DRACUT,
    Defendant.

# SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    Automatic disclosures must be COMPLETED *on or before the close of business on Thursday, April 14, 2005.*

    (2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Monday, May 2, 2005;* responses, answers and/or objections shall be served *within the time*

*provided by the Federal Rules.*

(3)    All other non-expert discovery shall be filed and/or served *on or before the close of business on Tuesday, August 2, 2005* and *COMPLETED on or before the close of business on Friday, September 16, 2005.*

(4)    Counsel shall report for a further conference on *Wednesday, September 21, 2005 at 12:30 P.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At the conference, the Court shall hear counsel as to (a) the status of the administrative proceedings, (b) the status of discovery, (c) whether the case should be referred for mediation, (d) a schedule for expert discovery and (e) a schedule for filing dispositive motions. Counsel shall be prepared to discuss in detail any dispositive motions which are contemplated.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 24, 2005.