UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS MCNIFF,<br>    Plaintiff<br><br>v.<br><br>TOWN OF DRACUT,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05CV10238 RBC<br>)<br>)<br>)<br>) |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL DISCOVERY RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO THE PLAINTIFF

Now comes the Defendant Town of Dracut, and hereby withdraws its motion, pursuant to Federal Rule of Civil Procedure 37(d), for an order compelling the Plaintiff to answer interrogatories and respond to requests for production of documents. As reason therefore, defendant states plaintiff complied with discovery requests by responses received August 15, 2005.

Respectfully Submitted,

The Defendant,
TOWN OF DRACUT
By its Attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Cloherty III, BBO # 566522
Ten Winthrop Square
Boston, MA  02110
(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by electronic mail. And electronic filing

8/25/05
Date