UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS MCNIFF,<br>　　　　Plaintiff<br><br>v.<br><br>TOWN OF DRACUT,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　　C.A. No. 05CV10238 RBC<br>)<br>)<br>)<br>) |

## DEFENDANT'S L.R. 7.1 CERTIFICATION

Pursuant to D. Mass. Local R. 7.1(A)(2), the undersigned counsel for the Defendant hereby certifies that I have attempted in good faith to confer with the plaintiff's counsel, by telephone, concerning the filing of Defendant's Motion For Summary Judgment and the accompanying Supporting Memorandum of Law, in an effort to resolve or narrow the issues.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　　　TOWN OF DRACUT
　　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　　**PIERCE, DAVIS & PERRITANO, LLP**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John J. Cloherty III, BBO # 566522
　　　　　　　　　　　　　　　　　　Ten Winthrop Square
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by electronic mail.

11/21/15
/Date