UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS MCNIFF,<br>      Plaintiff<br><br>v.<br><br>TOWN OF DRACUT,<br>      Defendant | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05CV10238 RBC<br>)<br>)<br>)<br>) |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), the defendant, Town of Dracut, hereby requests oral argument on its Motion for Summary Judgment based on defendant's belief that oral argument may assist this Court in deciding the issues contained herein.

                                               Respectfully submitted,

                                               The Defendant,
                                               TOWN OF DRACUT
                                               By its Attorneys,

                                             **PIERCE, DAVIS & PERRITANO, LLP**

                                             /s/ John J. Cloherty III
                                             John J. Cloherty III, BBO # 566522
                                             Ten Winthrop Square
                                             Boston, MA 02110
                                             (617) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by electronic mail.

2/17/06    /s/ John J. Cloherty III
/Date