# United States District Court
# District of Massachusetts

THOMAS MCNIFF,
    Plaintiff,

V.    CIVIL ACTION NO. 2005-10238-RBC[1]

TOWN OF DRACUT,
    Defendant.

## JUDGMENT

COLLINGS, U.S.M.J.

The case came on before the Court, the Honorable Robert B. Collings, United States Magistrate Judge, presiding. In accordance with the Memorandum and Order on Defendant's Motion for Summary Judgment (#16),

IT IS ORDERED AND ADJUDGED:

JUDGMENT for the defendant on Count III of the Complaint.

The plaintiff having withdrawn the claim in Count IV, Count IV is DISMISSED with prejudice.

---

[1] With the parties' consent, this case has been reassigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. §636(c).

Judgment REMANDING this case to the Middlesex Superior Court, Commonwealth of Massachusetts for the purpose of adjudicating the claims brought under state law, the Court having disposed of all federal claims.

SARAH ALLISON THORNTON
Clerk of Court

By: */s/ Kathleen Dolan*
      Kathleen Dolan
      Deputy Clerk

Dated at Boston, Massachusetts
this 30th day of May, 2006.